Prob 12C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION FOR
OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Ronald Jordan |
| **Docket Number:** | 1:96CR05114-01 OWW |
| **Offender Address:** | Victorville, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/13/2001 |
| **Original Offense:** | 18 USC 2113(a), Bank Robbery<br>(CLASS C FELONY) |
| **Original Sentence:** | 137 months Bureau of Prisons; 36 months supervised release; $100 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/16/2006 |
| **Assistant U.S. Attorney:** | Dawrence Rice          **Telephone:** (559) 497-4031 |
| **Defense Attorney:** | Patience Milrod          **Telephone:** (559) 442-3111 |

**Other Court Action:**

<u>07/21/2006</u>: Court approved modification of special condition as recommended by the United States Probation Office to include 180 consecutive days on home confinement or electronic monitoring.

<u>08/23/2006</u>: Petition 12C signed by Your Honor finding probable cause to issue no-bail warrant for the following violations of supervised release, to wit: New Law Violation and Possession of a Firearm.

RE:    Ronald Jordan
       Docket Number:   1:96CR05114-01 OWW
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

<u>09/04/2007</u>:               Petition 12C signed by Your Honor rescinding no-bail warrant issued on 08/23/2006 and ordering supervised release. Offender subsequently released onto supervision on 09/05/2007.

---

## PETITIONING THE COURT

( )    TO ISSUE A WARRANT
( )    TO ISSUE A SUMMONS
( X )  OTHER:   TOLL TIME DUE TO FEDERAL INCARCERATION, EXTENDING SUPERVISION TO MAY 26, 2010

**Justification:**   The offender was released from the Bureau of Prisons and onto supervised release on May 15, 2006. However, within two months of his release, he was arrested by the Federal Bureau of Investigation at the United States Probation Office (Central District of California) in Inglewood, California, while the offender was meeting with his probation officer. An indictment was filed on or about August 3, 2006, charging the offender with Armed Bank Robbery, under United States District Court Docket No. 1:06CR00262 AWI.

Based on the above charge, the United States Probation Office for the Eastern District of California filed a Petition 12C requesting the Court issue a no-bail warrant to act as a detainer pending disposition of the new federal case. Your Honor signed the Petition on August 23, 2006.

The above case was subsequently dismissed on motion by the Government and, on September 4, 2007, Your Honor ordered that the 12C Petition issued on August 23, 2006, be rescinded as the violation of supervised released was based on the new federal law violation. The offender was subsequently released from federal custody on September 5, 2007, and continued on supervision.

Because the offender resides in Victorville, California, transfer of supervision was requested to the Central District of California (CD/CA), San Bernardino Office. Because

**RE:   Ronald Jordan**
   **Docket Number:   1:96CR05114-01 OWW**
   **PETITION FOR WARRANT OR SUMMONS**
   <u>**FOR OFFENDER UNDER SUPERVISION**</u>

the nature of the instant offense, the most recent allegations that the offender was involved in another bank robbery (which resulted in a period of federal incarceration from July 27, 2006 through September 4, 2007), and the fact that the offender had been supervised in the community for only two months following his initial release on May 15, 2006, the CD/CA requests that the offender's period of federal incarceration be tolled and that his supervision be extended.

The CD/CA is assisting in courtesy supervision for a period of 60 days pending employment and extension of termination date.  According the offender's probation officer, it appears that the offender will secure employment within the 60 day period; the probation office prays the extension is ordered.

As such, the undersigned officer recommends the Court toll the offender's time that he was in federal custody and unavailable for supervision, and that his period of supervised release be extended to May 26, 2010, as opposed to his original termination date of May 14, 2009.

**EXECUTED ON**:   November 5, 2007
   Fresno, California
   jtp

   Respectfully submitted,

   /s/ Jose T. Pulido

   **Jose T. Pulido**
   **United States Probation Officer**
   Telephone:  (559) 499-5725

**REVIEWED BY**:   /s/ Bruce A. Vasquez
   **BRUCE A. VASQUEZ**
   **Supervising United States Probation Officer**

**RE:   Ronald Jordan**
**Docket Number:   1:96CR05114-01 OWW**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT ORDERS:**

( **X** )   **The 36 month term of supervised release ordered on November 13, 2001, be tolled from his arrest on July 27, 2006, until the day the Court rescinded the federal warrant on September 4, 2007; with a new termination date of May 26, 2010.**

IT IS SO ORDERED.

Dated:   **November 5, 2007**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE